IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY JEROME WOMACK,** | Case No. C 11-1095 LHK (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **TIM V. VIRGA, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 23, 2011 to file a response to the petition for writ of habeas corpus. Petitioner may file an opposition within 30 days of his receipt of the response. Further extensions will be disfavored.

Dated: July 25, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh

IT IS SO ORDERED AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh

1