1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  RODNEY JEROME WOMACK,            )      No. C 11-1095 LHK (PR)
                                     )
        Petitioner,                  )      JUDGMENT
12                                   )
     v.                              )
13                                   )
    WARDEN TIME V. VIRGA,            )
14                                   )
        Respondent.                  )
15                                   )
    _____)

16

17          The Court has dismissed the instant petition for a writ of habeas corpus.  Therefore,

18  judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of his petition.

19  The Clerk shall close the file.

20          IT IS SO ORDERED.

21  DATED: _____7/31/12_____         _____

22                                     LUCY H. KOH
                                       United States District Judge
23

24

25

26

27

28